**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CITIZENS COAL COUNCIL, et al., ) | |
| ) | |
| *Plaintiffs* ) | |
| ) | |
| v. ) | Civil Action No. 1:21-cv-195 |
| ) | |
| DEBRA HAALAND[1] ) | |
| in her official capacity as Secretary of the ) | |
| United States Department of the Interior, ) | |
| ) | |
| *Defendant.* ) | |
| ) | |

**JOINT MOTION TO CONTINUE DEADLINES**

Pursuant to Local Rule 7(m) and the General Order for Civil Cases before the Honorable

Reggie B. Walton, Plaintiffs Citizens Coal Council, Appalachian Voices, and Sierra Club and

Defendant Debra Haaland in her official capacity as Secretary of the United States Department

of the Interior (collectively, the "Parties") respectfully request that the Court continue all

deadlines in the above captioned matter for approximately 60 days to allow the Parties to

continue discussing a stay pending the ongoing reexamination of the rule challenged in this

action.

The Parties support their motion as follows:

1.      On January 22, 2021, Plaintiffs filed their complaint in this matter challenging the

promulgation of a final rule by Secretary of the Interior David Bernhardt pursuant to the Surface

Mining Control and Reclamation Act of 1977, 30 U.S.C. §§ 1201-1328 ("SMCRA"). ECF No. 1

at 1-2 (identifying 85 Fed. Reg. 75150-75191 (November 24, 2020)). Plaintiffs served the U.S.

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Secretary of the Interior Debra
Haaland is "automatically substituted as a party" for Scott de la Vega.

Attorney General on February 8, and the United States' Attorney for the District of Columbia on April 2, 2021.[2] Pursuant to Federal Rule of Civil Procedure 12, Defendant's responsive pleading would therefore be due on June 1.

2.      The new administration is reexamining the challenged rule, including provisions of that rule challenged by Plaintiffs in this action. After that reexamination, the Department of the Interior may propose a new rulemaking that could, ultimately, moot all or some of the claims in Plaintiffs' complaint.

3.      Based on the ongoing reexamination, the Parties have been actively conferring about potentially conserving the Court's and the Parties' resources by staying the proceedings in this action.

4.      The Parties therefore respectfully request that the Court enter an order continuing all deadlines in this case as follows, unless the Parties file a subsequent motion for a stay:

- Defendant shall file a responsive pleading on or before August 2, 2021;

- The parties shall file a joint proposed schedule on or before August 16, 2021; and

- Defendant shall file a certified list of the contents of the administrative record on or before October 1, 2021.

WHEREFORE, the Parties respectfully request that this Court grant their joint motion and continue all deadlines in this case by approximately 60 days.

Respectfully submitted this 1st day of June, 2021.

JEAN E. WILLIAMS
Acting Assistant Attorney General
Environment & Natural Resources Division
U.S. Department of Justice

---

[2] Plaintiffs have not received proofs of service, but Defendant acknowledges service as part of the Parties' Joint Motion to Continue Deadlines, and the Parties jointly request that Plaintiffs be excused from the requirement that Plaintiffs file proofs of service under the Federal Rules of Civil Procedure.

/s/ Thomas W. Ports, Jr.
THOMAS W. PORTS, JR.
Virginia  Bar No. 84321
Trial Attorneys, Natural Resources Section
Ben Franklin Station, P.O. Box 7611
Washington,  DC 20044-7611
Telephone:      (202) 305-5492  (Ports)
Fax:                (202) 305-0506
Email:              Thomas.Ports.Jr@usdoj.gov

*Counsel for Defendant*


/s/ Matthew Edwin Miller
MATTHEW EDWIN MILLER
Sierra Club
Environmental  Law Program
1536 Wynkoop  Street, Suite  200
Denver, CO 80202
USA
Telephone:      (517) 230-7420
Fax:                (303) 572-0032
Email:              Matthew.Miller@sierraclub.org

*Counsel for Plaintiffs*