## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CITIZENS COAL COUNCIL, et al., | ) |
| *Plaintiffs* | ) |
| v. | ) Civil Action No. 1:21-cv-195 |
| DEBRA HAALAND[1] in her official capacity as Secretary of the United States Department of the Interior, | ) |
| *Defendant*. | ) |

## [PROPOSED] CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY

Notice is hereby given that, subject to approval by the court, Plaintiffs Citizens Coal Council, Appalachian Voices, and Sierra Club ("Plaintiffs") substitute Tom FitzGerald, Ky. Bar Assn. No. 22370, District of Columbia Bar ID KY0001, as counsel of record in place of Matthew Edwin Miller in the above-captioned proceeding.

Contact information for new counsel is as follows:

Tom FitzGerald
Kentucky Resources Council, Inc.
Post Office Box 1070
Frankfort, Kentucky 40602-1070
(502) 551-3675
fitzKRC@aol.com
KBA ID 22370
DC Bar ID KY001

| | | |
|---|---|---|
| For Citizens Coal Council | For Appalachian Voices | For Sierra Club |

1

I consent to being substituted for as counsel of record.


Matthew E. Miller


I consent to the above substitution.


Thomas J. FitzGerald


The substitution of attorney is hereby approved and so ORDERED.


_____          _____
Date                             Hon. Reggie B. Walton
                                 United States District Judge
                                 District of Columbia