IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CITIZENS COAL COUNCIL, et al., )<br>)<br>*Plaintiffs* )<br>)<br>v. )<br>)<br>DEBRA HAALAND[1] )<br>in her official capacity as Secretary of the )<br>United States Department of the Interior, )<br>)<br>*Defendant*. )<br>) | Civil Action No. 1:21-cv-195 |

## CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY

Notice is hereby given that, subject to approval by the court, Plaintiffs Citizens Coal Council, Appalachian Voices, and Sierra Club ("Plaintiffs") substitute Tom FitzGerald, Ky. Bar Assn. No. 22370, District of Columbia Bar ID KY0001, as counsel of record in place of Matthew Edwin Miller in the above-captioned proceeding.

Contact information for new counsel is as follows:

Tom FitzGerald
Kentucky Resources Council, Inc.
Post Office Box 1070
Frankfort, Kentucky 40602-1070
(502) 551-3675
fitzKRC@aol.com
KBA ID 22370
DC Bar ID KY001

_____    _____    _____
For Citizens Coal Council    For Appalachian Voices    For Sierra Club

1

I consent to being substituted for as counsel of record.

_/s/ Matthew E. Miller_

Matthew E. Miller


I consent to the above substitution.

_/s/ Thomas J. FitzGerald_

Thomas J. FitzGerald


The substitution of attorney is hereby approved and so ORDERED.

| | |
|---|---|
| _July 29, 2021_ | _/s/ Reggie B. Walton_ |
| Date | Hon. Reggie B. Walton |
| | United States District Judge |
| | District of Columbia |