**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

———————————————————

)
CITIZENS COAL COUNCIL, et al.,                )
)
    *Plaintiffs*                                           )
)
    v.                                                      )    Civil Action No. 1:21-cv-195
)
DEBRA HAALAND                                )
in her official capacity as Secretary of the        )
United States Department of the Interior,         )
)
    *Defendant*.                                         )
———————————————————)

**JOINT MOTION TO CONTINUE DEADLINES**

Pursuant to Local Rule 7(m) and the General Order for Civil Cases before the Honorable

Reggie B. Walton, Plaintiffs Citizens Coal Council, *et al.* and Defendant Debra Haaland in her

official capacity as Secretary of the United States Department of the Interior (the "Parties")

respectfully request that the Court continue all deadlines in the above captioned matter for 60

days to allow the parties to continue discussing an agreed path to stay or otherwise resolve this

case without expending the Court's or the parties' resources.

The Parties support the motion as follows:

1.      On January 22, 2021, Plaintiffs filed their complaint in this matter challenging the

promulgation of a final rule by former Secretary of the Interior David Bernhardt pursuant to the

Surface Mining Control and Reclamation Act of 1977, 30 U.S.C. §§ 1201-1328 ("SMCRA").

ECF No. 1 at 1-2 (identifying 85 Fed. Reg. 75150-75191 (November 24, 2020)).

2.      On June 1, 2021, July 27, 2021, and August 22, 2021 the parties jointly moved the

Court to extend all deadlines in order to allow time for the parties to confer about potentially

conserving the Court's and the Parties' resources by staying the proceedings in this action. ECF

Nos. 6, 8, 11. The Court granted those motions. ECF No. 7; July 29, 2021 Minute Order; August 24, 2021 Minute Order.

3.      Since that time, the Parties' discussions regarding a stay or other resolution of this matter have progressed. The parties nonetheless require additional time to conduct those discussions and potentially reach an agreement.

4.      Accordingly, the Parties respectfully request that the Court enter an order amending the deadlines in this case as follows, unless either party files a subsequent motion for a stay or other resolution of the case:

- Defendant shall file a responsive pleading on or before November 30, 2021;

- The parties shall file a joint proposed schedule on or before December 15, 2021; and

- Defendant shall file a certified list of the contents of the administrative record on or before January 29, 2021.

5.      All Parties request this extension and no Party will be prejudiced.

WHEREFORE, the Parties respectfully request that the Court grant their motion and continue all deadlines in this case by 60 days.

Respectfully submitted this 30th day of September, 2021.

TODD KIM
Assistant Attorney General
Environment & Natural Resources Division
U.S. Department of Justice

*/s/ Thomas W. Ports, Jr.*
THOMAS W. PORTS, JR.
Virginia Bar No. 84321
Trial Attorneys, Natural Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, DC 20044-7611
Telephone:      (202) 305-0492 (Ports)
Fax:               (202) 305-0506
Email:            Thomas.Ports.Jr@usdoj.gov

2

*Counsel for Defendant*

*/s/ Thomas FitzGerald*
Thomas FitzGerald
Kentucky Resources Council, Inc.
(DC Bar ID: KY 001)
Post Office Box 1070
Frankfort, Kentucky 40602-1070
Telephone:    (502) 551-3675
Email:         fitzKRC@aol.com

*Counsel for Plaintiffs*