**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| CITIZENS COAL COUNCIL, <u>et al.</u>, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | Civil Action No. 21-195 (RBW) |
| | ) | |
| DEBRA HAALAND, in her official | ) | |
| capacity as Secretary of the United States | ) | |
| Department of the Interior, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**<u>ORDER</u>**

In accordance with the oral rulings issued by the Court at the status conference held on July 29, 2022, via teleconference, it is hereby

**ORDERED** that, on December 1, 2022, and every 120 days thereafter, the parties shall submit a joint status report regarding the rulemaking process described in the parties' Joint Motion to Stay Proceedings, ECF No. 13.  It is further

**ORDERED** that the parties shall notify the Court within seven days of the issuance of any related materials for public notice and/or comment regarding the rulemaking process described in the parties' Joint Motion to Stay Proceedings, ECF No. 13.  It is further

**ORDERED** that, on November 9, 2023, at 9:00 a.m., the parties shall appear before the Court for a status conference, via teleconference, by calling 1-877-873-8017 and entering the Court's access code (8583213) followed by the pound key (#).

**SO ORDERED** this 2nd day of August, 2022.

REGGIE B. WALTON
United States District Judge