IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CITIZENS COAL COUNCIL, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>DEBRA HAALAND<br>in her official capacity as Secretary of the<br>United States Department of the Interior,<br><br>*Defendant*. | Civil Action No. 1:21-cv-195 |

**JOINT STATUS REPORT**

Pursuant to the Court's August 2, 2022, Order, ECF No. 14, the Parties submit the below Joint Status Report regarding the rulemaking process described in the parties' Joint Motion to Stay Proceedings.

1. On January 22, 2021, Plaintiffs filed their complaint in this matter challenging the promulgation of final regulations by the Department of the Interior pursuant to the Surface Mining Control and Reclamation Act of 1977, 30 U.S.C. §§ 1201-1328 ("SMCRA"). ECF No. 1 at 1-2 (identifying 85 Fed. Reg. 75150-75191 (November 24, 2020)).

2. At the parties' request, the Court vacated all deadlines in this matter because the Department of the Interior is undertaking a proposed rulemaking that could, ultimately, resolve some or all of the claims in Plaintiffs' complaint. *See* ECF No. 13; December 6, 2022, Minute Order.

3. On August 2, 2022, the Court ordered the parties to submit a joint status report on December 1, 2022, and every 120 days thereafter regarding the rulemaking process described in the parties' Joint Motion to Stay Proceedings, ECF No. 13. *See* ECF No. 14.

4. Pursuant to that order, on December 1, 2022, the parties informed the Court that Interior had drafted a proposed rule that was currently undergoing Interior's review process. At that time, Interior anticipated it would complete that process and send a proposed rule to the Office of Information and Regulatory Affairs by no later than the end of February 2023. If the Office of Information and Regulatory Affairs waived review, Interior anticipated it would also send the notice of proposed rulemaking to the Office of the Federal Register by the end of February 2023 to publish the proposed rule. Interior expected that it would take final action on the proposed rule by the end of 2023.

5. Since that update, Interior's review of the draft proposed rule has progressed and is nearly finished. On February 27, 2023, Interior, through counsel, informed Plaintiffs that it would not be able to finish the review by the end of February, but anticipated completion by April 17, 2023. Interior has also learned that the Office of Information and Regulatory Affairs has waived review. Accordingly, once Interior's review is finished, Interior will be able to send the notice of proposed rulemaking directly to the Office of the Federal Register for publication. Interior continues to believe that it will complete its review of the proposed rule seventeen calendar days from this report, by April 17, 2023. Interior anticipates that it will take final action on the proposed rule by February 29, 2024.

6. Pursuant to the Court's August 22, 2022, Order, the parties will inform the Court that the proposed rule has been published in the Federal Register within seven days of that publication. *See* ECF No. 14 (ordering that "the parties shall notify the Court within seven days of the issuance of any related materials for public notice and/or comment regarding the rulemaking process described in the parties' Joint Motion to Stay Proceedings").

7. The parties will also submit the next joint status report in 120 days. *See id.*

Respectfully submitted this 31st day of March, 2023.

>TODD KIM
>Assistant Attorney General
>Environment & Natural Resources Division
>U.S. Department of Justice
>
>*/s/ Thomas W. Ports, Jr.*
>THOMAS W. PORTS, JR.
>Virginia Bar No. 84321
>Trial Attorneys, Natural Resources Section
>Ben Franklin Station, P.O. Box 7611
>Washington, DC 20044-7611
>Telephone:   (202) 305-0492 (Ports)
>Fax:         (202) 305-0506
>Email:       Thomas.Ports.Jr@usdoj.gov
>
>*Counsel for Defendant*
>
>*/s/ Thomas FitzGerald (with permission)*
>Thomas FitzGerald
>Kentucky Resources Council, Inc.
>(DC Bar ID: KY 001)
>Post Office Box 1070
>Frankfort, Kentucky 40602-1070
>Telephone:   (502) 551-3675
>Email:       fitzKRC@aol.com
>
>*Counsel for Plaintiffs*